UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANNETTE S. WHITTEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:13-cv-01119-SEB-MJD |
| CAROLYN W. COLVIN Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## JUDGMENT

The Court, having this day made its Entry,

IT IS THEREFORE ADJUDGED that the final decision of the Commissioner, that Annette Whitten was not entitled to Social Security Disability Insurance benefits and Social Security Supplemental Security Income Disability benefits based upon her application filed on September 28, 2010, is **REVERSED** and **REMANDED**.

Date: 7/15/2014

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Timothy J. Vrana
tim@timvrana.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov